**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DAVE FERRIS,

    Plaintiff,

v.                                            CASE NO.:  17-cv-60453-BLOOM/Valle

I.C. SYSTEM, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    **COMES NOW** the Plaintiff, DAVE FERRIS, and the Defendant, I.C. SYSTEM, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, the claims asserted by Plaintiff against the Defendant, in the above styled action.

    Respectfully submitted on May 12, 2017.

| | |
|---|---|
| */s/Stefan A. Alvarez* | */s/Sangeeta Spengler* |
| Stefan A. Alvarez, Esquire | Sangeeta Spengler, Esq. |
| Florida Bar No.: 100681 | FBN: 0186864 |
| William Peerce Howard, Esquire | **GOLDEN SCAZ GAGAIN, PLLC** |
| Florida Bar No.:  0103330 | 201 North Armenia Avenue |
| Billy@TheConsumerProtectionFirm.com | Tampa, Florida 33609-2303 |
| THE CONSUMER PROTECTION FIRM, PLLC | Phone: (813) 251-5500 |
| 210A South MacDill Avenue | Direct: (813) 251-3661 |
| Tampa, FL 33609 | Fax: (813) 251-3675 |
| Telephone: (813) 500-1500 | spspengler@gsgfirm.com |
| Facsimile: (813) 435-2369 | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |