UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60453-BLOOM/Valle

DAVE FERRIS,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal Without Prejudice ("Stipulation"), ECF No. [15]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [15]**, is **APPROVED and ADOPTED**, and the matter is **DISMISSED WITHOUT PREJUDICE.** To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 15th day of May, 2017.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record